447 A.2d 664

Commonwealth v. Roque, Appellant.
Petition for Allowance of Appeal Denied Oct. 12, 1982.

Argued March 23, 1982.
Lawrence A. Kalikow, Assistant Public Defender, for appellant; William A. Behe, Deputy District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, ROWLEY and WATKINS, JJ.

Judgment of sentence affirmed.